1  **SEAN D. COONEY, ESQ.**
   NV Bar # 12945
2  **ADAM C. EDWARDS, ESQ.**
   NV Bar # 15405
3  **CARMAN COONEY FORBUSH PLLC**
   4045 Spencer Street Suite A47
4  Las Vegas, NV 89119
   Telephone: (702) 421-0111
5  Facsimile: (702) 516-1033
   service@ccfattorneys.com
6  Attorneys for Defendants
   State Farm Mutual Automobile Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| CHRISTIAN A. BERMUDEZ RODRIGUEZ; | 2:24-cv-00549-GMN-BNW |
|---|---|
| Plaintiff, | **STIPULATION & ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM INSURANCE, a Foreign Corporation licensed to do business in the State of Nevada; DOES I through V, inclusive; and ROE CORPORATIONS I through V, inclusive, | |
| Defendants | |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff Christian A. Bermudez Rodriguez and Defendants State Farm Mutual Automobile Insurance Company by and through their respective counsel of record, that the entire matter be dismissed with prejudice, each party to bear their own fees and costs.

It is further stipulated that all current hearings, deadlines, trial dates, and

1  conferences on calendar shall be vacated.

2  DATED  April 10, 2024                                DATED  April 10, 2024

3  **CARMAN COONEY FORBUSH PLLC**                       **NV INJURY LAW, LLC.**

/s/Sean D. Cooney                                      /s/Jessica Parra
SEAN D. COONEY, ESQ.                                   JESSICA PARRA, ESQ.
ADAM C. EDWARDS, ESQ.                                  Attorneys for Plaintiff
Attorneys for Defendants                               Christian A. Bermudez Rodriguez;
State Farm Mutual Automobile
Insurance Company

**ORDER**

**IT IS SO ORDERED.**

Dated: April 10, 2024

_____
UNITED STATES DISTRICT JUDGE

1 **CERTIFICATE VIA CM/ECF**

2 Pursuant to FRCP 5, I hereby certify that I am an employee of CARMAN
3 COONEY FORBUSH PLLC, and that on April 10, 2024, I caused to be served via
4 CM/ECF a true and correct copy of the document described herein.

5 **Document Served:**

6 **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**Person(s) Served:**
Jessica Parra, Esq.
**NV INJURY LAW, LLC.**
3511 S. Eastern Ave.
Las Vegas, NV 89169
Attorney for Plaintiff,
Christian A. Bermudez Rodriguez;

/s/Brittany Turner

_____

**CARMAN COONEY FORBUSH PLLC**